**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-01074-CV

———————————

**DEAN SIERRA, INDIVIDUALLY AND D/B/A ALL STUD'S CONSTRUCTION, Appellant**

**V.**

**JASON MEDLEY AND WIFE, EMILY MEDLEY, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-26056**

---

## MEMORANDUM OPINION

Appellant, Dean Sierra, Individually and d/b/a All Stud's Construction, has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West Supp. 2015), § 101.0411 (West Supp.

2015); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified by the Clerk of this Court on January 7, 2016, and again on April 8, 2016, that this appeal was subject to dismissal for failure to pay the required fees, appellant did not timely respond. *See id.* 5, 37.3(b), 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.